**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>WILMINGTON TRUST CORPORATION, )<br>DAVID R. GIBSON, )<br>ROBERT V.A. HARRA, )<br>WILLIAM NORTH, and )<br>KEVYN RAKOWSKI, )<br>)<br>Defendants. ) | Criminal Action No. 1:15-23-RGA |

**DEFENDANT WILMINGTON TRUST CORPORATION'S
<u>MOTION TO COMPEL</u>**

Defendant Wilmington Trust Corporation respectfully moves this Court to order the government to expand the scope of its review under Fed. R. Crim. P. 16 and *Brady v. Maryland*, 373 U.S. 83 (1963), to encompass certain documents and information within the Board of Governors of the Federal Reserve System and the Federal Reserve Bank of Philadelphia. The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Dated:  September 15, 2017

Brendan V. Sullivan, Jr.
Barry S. Simon
Margaret A. Keeley
Tobin J. Romero
Lance A. Wade
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC   20005
Tel.: (202) 434-5000
bsullivan@wc.com
bsimon@wc.com
mkeeley@wc.com
tromero@wc.com
lwade@wc.com

*Attorneys for Defendant
Wilmington Trust Corporation*

Respectfully submitted,

*/s/ Matthew P. Majarian*
Matthew P. Majarian (ID No. 5696)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
920 N. King Street
P.O. Box 636
Wilmington, Delaware  19899
Tel.:  (302) 651-3000
matthew.majarian@skadden.com

Christopher J. Gunther
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel.: (212) 735-3483
cgunther@skadden.com

2