IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. Action. No. 15-23-RGA |
| ) | |
| DAVID R. GIBSON, ) | |
| ROBER V. A. HARRA, ) | |
| WILLIAM NORTH, and ) | |
| KEVYN RAKOWSKI, ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendants moved to compel the Federal Reserve to respond to a Rule 17 subpoena. The Federal Reserve is **ORDERED** to file a response no later than December 15, 2017. The Court will hold a hearing/argument on the motion on December 20, 2017, at 2:00 p.m. The United States Attorney's Office is requested to make sure that the Federal Reserve is aware of this Order.

IT IS SO ORDERED this 11 day of December 2017.

_____
United States District Judge